No. 409. NEW YORK CENTRAL R. CO. *v.* CINCINNATI UNION STOCK YARD CO.

No. 410. NEW YORK CENTRAL R. CO. *v.* CINCINNATI UNION STOCK YARD CO.

October 18, 1937. Petitions for writs of certiorari dismissed on motion of counsel for the petitioner. *Mr. J. L. Kohl* for petitioner. *Mr. Murray Seasongood* for respondent. Reported below: No 409, 132 Ohio St. 552; 9 N. E. (2d) 366; No. 410, 10 N. E. (2d) 456.

No. 479. JACKSON *v.* FIRST NATIONAL BANK. October 25, 1937. Petition for writ of certiorari to the Supreme Court of Oklahoma dismissed on motion of counsel for the petitioner. *Mr. James Edward Whitehead* for petitioner. No appearance for respondent.